IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RICHARD ALLEN HEARNSBERGER and
PATRICIA HEARNSBERGER                                                         PLAINTIFFS

V.                                           CASE NO. 06-CV-1081

BRADLEY COUNTY, ARKANSAS                                                      DEFENDANT

## ORDER

Before the Court is Defendant Bradley County's Motion for Summary Judgment. (Doc. 12). Plaintiffs Patricia and Richard Hearnsberger have responded. (Doc. 15). The Court finds the matter ripe for consideration. For reasons discussed in the Memorandum Opinion of even date, Defendant's Motion for Summary Judgment is **GRANTED**.

**IT IS SO ORDERED**, this 16th day of August, 2007.

                                         /s/ Harry F. Barnes
                                         Hon. Harry F. Barnes
                                         United States District Judge